UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 2:13-CR-098 |
| ) | |
| BERT DANIEL MORRISON ) | |

## **O R D E R**

The United States is **DIRECTED** to respond to the defendant's motion for compassionate release [doc. 32] no later than June 1, 2021.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge